Theodore P. Witthoft (State Bar I.D. No. 021632)
Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone:  (602) 680-7332
Facsimile:  (602) 357-7476
Email:  twitthoft@wdlawpc.com
Email:  pderksen@wdlawpc.com

Attorneys for Trustee, David A. Birdsell

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MAXINE ZELLER, | ) Case No. 2:14-bk-08836-PS |
| | ) |
| Debtor. | ) **MOTION FOR TURNOVER OF** |
| | ) **BANKRUPTCY ESTATE PROPERTY,** |
| | ) **PURSUANT TO 11 U.S.C. § 542** |
| | ) |
| | ) |

        The Chapter 7 trustee, David A. Birdsell ("Trustee"), by and through his attorneys,

Witthoft Derksen, P.C. ("WD"), hereby submits this motion for an order directing the debtor

Maxine Zeller (the "Debtor") to turnover bankruptcy estate property, pursuant to 11 U.S.C § 542

and Bankruptcy Rule 7001.  The Debtor has an annuity and is entitled to a restitution award,

both of which are non-exempt property of the estate and subject to turnover to the Trustee.  This

Motion is supported by the accompanying Memorandum of Points and Authorities and the entire

record before the Court, all of which are incorporated herein by this reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

## BACKGROUND

        1.        The Debtor filed her voluntary chapter 7 bankruptcy petition on June 9, 2014 (the

"Petition Date").

        2.        Mr. Birdsell is the duly appointed trustee of the Debtor's bankruptcy case.

3.    Debtor's Schedule B lists an annuity with a value of $6,250 (the "<u>Annuity</u>") as nonexempt property of the estate.

4.    Debtor's Schedule B lists a $4,000 restitution award as nonexempt property of the estate.

5.    According to Debtor's Schedule B, $2,000 of the restitution award (the "<u>Restitution Award</u>") was still owed to Debtor as of the Petition Date.

6.    Since the Petition Date, Debtor has turned over $900 of the Restitution Award to the Trustee.

7.    $1,100 of the Restitution Award has not been turned over to the Trustee.

### PROPERTY OF THE ESTATE; TURNOVER OBLIGATIONS

8.    On the Petition Date, pursuant to 11 U.S.C. §541, all property of the Debtor became property of the bankruptcy estate.

9.    The Annuity is property of the estate, pursuant to 11 U.S.C. §541.

10.    The Annuity or its value is subject to turnover, pursuant to 11 U.S.C. §542.

11.    The Restitution Award is property of the estate, pursuant to 11 U.S.C. §541.

12.    At least $1,100 of the Restitution Award or its value is subject to turnover, pursuant to 11 U.S.C. §542.

13.    Pursuant to 11 U.S.C. § 521, the Debtor has an obligation to cooperate with the Trustee so that the Trustee is able to perform his duties and to surrender all property of the estate to the Trustee. 11 U.S.C. § 521(a)(3) and (4).

14.    The Debtor has not turned over the Annuity or any payments from the Annuity.

15.    The Debtor has not turned over at least $1,100 of the Restitution Award.

### CONCLUSION

WHEREFORE, the Trustee respectfully requests this Court enter its Order:

A.    Directing the Debtor to immediately turnover the $6,250 value of the Annuity, pursuant to 11 U.S.C. § 542;

1
2

B.     Directing the Debtor to immediately turnover the $1,100 value of the unpaid Restitution Award, pursuant to 11 U.S.C. § 542;

3

C.     For the Trustee's attorneys' fees and costs incurred herein; and

4
5

D.     For such other and further relief this Court deems just and proper under the circumstances of this case.

6

Respectfully submitted this 8th day of December, 2014.

7
8

WITTHOFT DERKSEN, P.C.

9
10
11

By /s/ Patrick T. Derksen     #023178
    Theodore P. Witthoft
    Patrick T. Derksen
    Attorneys for David A. Birdsell, Trustee

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

- 3 -

| | |
|---|---|
| 1 | Copy of the foregoing *e-mailed/mailed |
| 2 | this 8th day of December, 2014, to: |
| 3 | *Larry Watson<br>United States Trustee |
| 4 | 230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706 |
| 5 | Larry.Watson@usdoj.gov |
| 6 | *David A. Birdsell<br>216 North Center |
| 7 | Mesa, Arizona 85201<br>Chapter 7 Trustee |
| 8 | ecf@azbktrustee.com; dab@trustesolutions.net |
| 9 | Maxine Zeller<br>13397 North 75th Drive |
| 10 | Peoria, Arizona 85381<br>Debtor |
| 11 | *Jose A. Montano, Esq. |
| 12 | Montano Arentz & Associates<br>2020 North Central Avenue |
| 13 | Suite 1010<br>Phoenix, Arizona 85004 |
| 14 | Attorneys for Debtor<br>jmontano@mylawyeraz.com |
| 15 | |
| 16 | |
| 17 | /s/ Trish Hines |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |